ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 7 2022

Kevin P. Weimer, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RAINA DIONNIA HOLLIE,
WINDER RODRIGUEZ-TAVERAS,
RAYMON MOTA, A/K/A
"FREZ," A/K/A "FREZO," AND
CHRISTIAN DAVILA-SOTO,
A/K/A "BORI"

Criminal Indictment

No. 1:22-CR-0212

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning in or about November 2021, and continuing through on or about April 1, 2022, in the Northern District of Georgia and elsewhere, the defendants, RAINA DIONNIA HOLLIE, WINDER RODRIGUEZ-TAVERAS, RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," did knowingly and willfully conspire, agree, and have a tacit understanding with one another to commit the following offense against the United States; that is, to cause a false statement and representation to be made with respect to information required under Chapter 44, Title 18, United States Code, to be kept in the records of a licensed federal firearms dealer within the meaning of Chapter 44, Title 18, United States Code, the statement of which was intended and likely to deceive the licensed firearms dealer as to a fact material to

the lawfulness of the acquisition of a firearm, all in violation of Title 18, United States Code, Section 922(a)(6).

*Manner and Means*

At all times relevant to this Indictment, the defendants, RAINA DIONNIA HOLLIE, WINDER RODRIGUEZ-TAVERAS, RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," accomplished the conspiracy through, but not limited to, the following manner and means:

1. Johns Creek Indoor Gun Range, located on McGinnis Ferry Road in Suwanee, Georgia, was a licensed federal firearms dealer (FFL) authorized to sell firearms.

2. Arrowhead Pawn Shop, located on Tara Boulevard in Jonesboro, Georgia, was an FFL authorized to sell firearms.

3. As FFLs, Johns Creek Indoor Gun Range and Arrowhead Pawn Shop required a purchaser of a firearm to complete a Firearms Transaction Record, ATF Form 4473, prior to the sale. One of the questions on ATF Form 4473 asked if the person completing the form was the "actual transferee/buyer of the firearm(s)" and included a warning that the person was "not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."

4. Defendant MOTA solicited Defendants HOLLIE and RODRIGUEZ to unlawfully purchase multiple firearms for Defendant MOTA. Defendant MOTA

also gave Defendants HOLLIE and RODRIGUEZ the money to purchase the firearms.

5. Defendant DAVILA solicited Defendants HOLLIE and RODRIGUEZ to unlawfully purchase multiple firearms for Defendant DAVILA. Defendant DAVILA also gave Defendants HOLLIE and RODRIGUEZ the money to purchase the firearms

6. Defendant HOLLIE completed an ATF Form 4473 for each firearms purchase and answered that she was the "actual transferee/buyer" when, in fact, Defendants MOTA and DAVILA were the actual buyers.

*Overt Acts*

In furtherance of the conspiracy and to accomplish its objects, the defendants, RAINA DIONNIA HOLLIE, WINDER RODRIGUEZ-TAVERAS, RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," in the Northern District of Georgia, performed at least one of the following overt acts:

1. On or about March 15, 2022, Defendants HOLLIE and RODRIGUEZ traveled to Johns Creek Indoor Gun Range to purchase firearms for Defendants MOTA and DAVILA.

2. After arriving at Johns Creek Indoor Gun Range, Defendants HOLLIE and RODRIGUEZ entered the FFL and Defendant HOLLIE purchased five firearms:

- one (1) Glock, model 27 Gen5, .40 pistol;
- one (1) Taurus, model G3C, 9mm pistol;
- one (1) Taurus, model G2S, 9mm pistol; and

- two (2) Taurus, model G2C, 9mm pistols.

3. Defendant HOLLIE completed an ATF Form 4473 on or about March 14, 2022, purporting to be the actual buyer of the firearms when, in fact, Defendants HOLLIE and RODRIGUEZ later transferred the four (4) Taurus pistols to Defendant MOTA and the one (1) Glock pistol to Defendant DAVILA.

4. On or about April 1, 2022, Defendants HOLLIE and RODRIGUEZ traveled to Arrowhead Pawn Shop to purchase firearms for Defendants MOTA and DAVILA.

5. After arriving at Arrowhead Pawn Shop, Defendants HOLLIE and RODRIGUEZ entered the FFL and Defendant HOLLIE purchased two firearms:

- one (1) Taurus, model G2C, 9mm pistol; and
- one (1) Glock, model 27 Gen5, .40 caliber pistol.

6. Defendant HOLLIE completed an ATF Form 4473 on or about March 31, 2022, purporting to be the actual buyer of the firearms when, in fact, Defendants HOLLIE and RODRIGUEZ later transferred the Taurus pistol to Defendant MOTA and the Glock pistol to Defendant DAVILA.

All in violation of Title 18, United States Code, Section 371.

### Count Two

On or about March 14, 2022, in the Northern District of Georgia, the defendants, RAINA DIONNIA HOLLIE, WINDER RODRIGUEZ-TAVERAS, RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," aided and abetted by one another, in connection with the purchase, from Johns Creek Indoor Gun Range, located on

4

McGinnis Ferry Road in Suwanee, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of at least one of the following firearms:

- one (1) Glock, model 27 Gen5, .40 pistol;
- one (1) Taurus, model G3C, 9mm pistol;
- one (1) Taurus, model G2S, 9mm pistol; and
- two (2) Taurus, model G2C, 9mm pistols,

did knowingly cause a false statement to be made to Johns Creek Indoor Gun Range, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the firearm purchase, in that Defendant RAINA DIONNIA HOLLIE falsely represented on a Firearms Transaction Record, ATF Form 4473, that she was the transferee and buyer of at least one of the firearms listed above when, as Defendants RAINA DIONNIA HOLLIE and WINDER RODRIGUEZ-TAVERAS then well knew, Defendants RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," were the true transferees and buyers of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Three

On or about March 31, 2022, in the Northern District of Georgia, the defendants, RAINA DIONNIA HOLLIE, WINDER RODRIGUEZ-TAVERAS, RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," aided and abetted by one another, in

5

connection with the purchase, from Arrowhead Pawn Shop located on Tara Boulevard in Jonesboro, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of at least one of the following firearms:

- one (1) Taurus, model G2C, 9mm pistol; and
- one (1) Glock, model 27 Gen5, .40 caliber pistol,

did knowingly cause a false statement to be made to Arrowhead Pawn Shop, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the firearm purchase, in that Defendant RAINA DIONNIA HOLLIE falsely represented on a Firearms Transaction Record, ATF Form 4473, that she was the transferee and buyer of at least one of the firearms listed above when, as Defendants RAINA DIONNIA HOLLIE and WINDER RODRIGUEZ-TAVERAS then well knew, Defendants RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," were the true transferees and buyers of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

### Count Four

On or about April 1, 2022, in the Northern District of Georgia, the defendant, RAYMON MOTA, also known as "Frez" and "Frezo," using a deadly and dangerous weapon, that is, a motor vehicle, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, J.D., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and

6

Explosives, while the officer was engaged in the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### Count Five

On or about April 1, 2022, in the Northern District of Georgia, the defendant, RAYMON MOTA, also known as "Frez" and "Frezo," using a deadly and dangerous weapon, that is, a motor vehicle, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, W.B., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, while the officer was engaged in the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### Count Six

On or about April 1, 2022, in the Northern District of Georgia, the defendant, CHRISTIAN DAVILA-SOTO, also known as "Bori," using a deadly and dangerous weapon, that is, a motor vehicle, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with at least one of the following federal officers, that is, N.D., J.D., and N.B., each of whom was then a Special . Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, while the officer was engaged in the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### Count Seven

On or about April 1, 2022, in the Northern District of Georgia, the defendant, CHRISTIAN DAVILA-SOTO, also known as "Bori," knowing that he had been

previously convicted of the following offense punishable by imprisonment for a term exceeding one year, that is, possession of a controlled substance in the Superior Court of Puerto Rico, on or about March 26, 2018, did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, a Glock, model 27 Gen5, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### Count Eight

On or about April 1, 2022, in the Northern District of Georgia the defendant, CHRISTIAN DAVILA-SOTO, also known as "Bori," did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), in violation of Title 21, United States Code, Section 841(a)(1).

### Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Three and Count Seven, of this Indictment, the defendants, RAINA DIONNIA HOLLIE, WINDER RODRIGUEZ-TAVERAS, RAYMON MOTA, also known as "Frez" and "Frezo," and CHRISTIAN DAVILA-SOTO, also known as "Bori," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense(s), including but not limited to the following:

- two (2) Glock, model 27 Gen5, .40 pistols;
- one (1) Taurus, model G3C, 9mm pistol;
- one (1) Taurus, model G2S, 9mm pistol; and
- three (3) Taurus, model G2C, 9mm pistols.

In addition, upon conviction of the offense alleged in Count Eight of this Indictment, that is, a violation of Title 21, United States Code, Section 841(a), the defendant, CHRISTIAN DAVILA-SOTO, also known as "Bori," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, a money judgment; that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of the offense for which the defendant is convicted.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 18, United States Code, Sections 982(b)(1) and 1028(g); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of any defendant up to the value of the above forfeitable property.

A _____True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

_____
ERIN E. SANDERS
 Assistant United States Attorney
Georgia Bar No. 552091

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181